1  TRINETTE G. KENT (State Bar No. 025180)
2  11811 North Tatum Blvd., Suite 3031
   Phoenix, Arizona 85028
3  Telephone:  (480) 247-9644
4  Facsimile:  (480) 717-4781
   tkent@lemberglaw.com
5
6  *Of Counsel to*
   Lemberg & Associates LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT  06905
9  Telephone:  (203) 653-2250
10 Facsimile:  (203) 653-3424
11
   Attorneys for Plaintiff,
12 Robert Stamm
13
14             UNITED STATES DISTRICT COURT
15             FOR THE DISTRICT OF ARIZONA

16 Robert Stamm,                    | Case No.: 2:12-cv-01687-MEA
17
              Plaintiff,            | **NOTICE OF SETTLEMENT**
18
19      vs.
20 Diversified Collection Services, Inc.; and
21 DOES 1-10, inclusive,
22            Defendants.
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

reached a settlement.  The Plaintiff anticipates filing a voluntary dismissal of this

action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 18th day of January, 2013.


LEMBERG & ASSOCIATES, LLC

  /s/ Trinette G. Kent
TRINETTE G. KENT

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and

not a party to the above-entitled cause. On January 18, 2013, I served a true copy of

foregoing document: **NOTICE OF SETTLEMENT**.

**BY ELECTRONIC FILING:** I hereby
certify that on January 18, 2013, a copy
of the foregoing document was filed
electronically. Notice of this filing will be
sent by operation of the Court's electronic
filing system to all parties indicated on
the electronic filing receipt. All other
parties will be served by regular U.S.
Mail. Parties may access this filing
through the Court's electronic filing
system.
Tel.: (203) 653-2250
Fax: (203) 653-3424
Email: tkent@lemberglaw.com

I am readily familiar with the firm's practice of collection and processing

correspondence for mailing. Under that practice it would be deposited with the U.S.

Postal Service on that same day with postage thereon fully prepaid in the ordinary

course of business. I am aware that on motion of the party served, service is presumed

invalid if postal cancellation date or postage meter date is more than one day after the

date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this

Court at whose direction the service was made.

3

1    Executed on January 18, 2013.

2

3                                                    _/s/ Allison Ercolano___
                                                     Allison Ercolano
4                                                    Paralegal to Trinette Kent

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:12-cv-01687-MEA                                          NOTICE OF SETTLEMENT